

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| HEIKE INGRID CURLEY, | | No. 08-12-00257-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 388h District Court |
| | § | |
| MICHAEL RICHARD CURLEY, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2011DCM05843) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.